**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| XAVIER RODGERS, | ) | NO. SA CV 12-1578-JLS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| P.L. VASQUEZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: December 1, 2013.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE